UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60996-CIV-COHN/SELTZER

FLEXITEEK AMERICAS, INC., et al.,

    Plaintiffs,

vs.

PLASTEAK, INC., et al.,

    Defendants.

_____/

ORDER

On December 11, 2008, the parties filed a document entitled "Stipulated Protective Order" (DE 22). Although the document was not accompanied by a motion, it was docketed as a "Proposed Motion for Protective Order." To the extent that the filing may be construed as a motion, it is hereby DENIED as neither the proposed Stipulated Protective Order nor the accompanying Joint Certification in Support of Protective Order was signed by Defendants' counsel. The parties may file a Motion for the Entry of a Protective Order, together with their proposed Stipulated Protective Order, signed by both counsel for Plaintiffs and counsel for Defendants.

DONE AND ORDERED in Fort Lauderdale, Florida, this 18th day of December 2008.

                                                    BARRY S. SELTZER
                                                    United States Magistrate Judge

Copies to:

All counsel of record