UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60996-CIV-COHN/SELTZER

FLEXITEEK AMERICAS, INC., et al.,

    Plaintiffs,

vs.

PLASTEAK, INC., et al.,

    Defendants.

_____/

ORDER ON VARIOUS MOTIONS RELATING TO EXPERT WITNESSES

THIS CAUSE is before the Court on various motions relating to expert witnesses filed by the parties and the Court being sufficiently advised, it is hereby ORDERED as follows:

1. Plaintiff's Motion to Strike the Report of Mark L. Weber as Untimely (DE 39) is DENIED to the extent that it requests the Court to strike the expert witness report and is GRANTED to the extent that it alternatively requests that Plaintiff be permitted to take the deposition of expert Weber after the expiration of the date for completion of expert discovery.

2. Defendants' Motion to Exclude Expert Witness Report and Testimony of C.K Rhee, Ph.D (DE 47) is DENIED to the extent it requests that the expert's report and testimony be excluded and GRANTED to the extent that it alternatively requests that Defendants be permitted to take the deposition of expert Rhee after the expiration of the date for completion of expert discovery.

3. The parties are permitted to take the depositions of expert witnesses Attorney Weber and Dr. Rhee outside the date for completion of expert discovery. The parties shall cooperate in setting the depositions for dates and times mutually convenient for the witnesses, the parties, and counsel. These depositions must be completed no later than May 6, 2009.

4. This Order does not extend any other deadlines.

DONE AND ORDERED in Fort Lauderdale, Florida, this 15th day of April 2009.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

All counsel of record