IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-60996-CIV-COHN/SELTZER

FLEXITEEK AMERICAS, INC., a Florida Corporation,
FLEXITEEK INTERNATIONAL AS, a Foreign
Corporation,

        Plaintiffs,

vs.

PLASTEAK, INC., an Ohio Corporation,
PLASDECK, INC., an Ohio Corporation,
and ANDRE BATISTA, an individual,

        Defendants.
_____/

## NOTICE OF UNAVAILABILITY

**PLEASE TAKE NOTICE** that the undersigned counsel, SANTUCCI, PRIORE & LONG, LLP, will be unavailable from May 27th, 2009 through and including June 6th, 2009, for any trials, hearings, depositions, or conferences and requests that nothing be scheduled during this time period. Furthermore, it is requested that no filing requiring a response within this time period be filed.

The dates set forth above are the dates on which it is confirmed that the undersigned will be absent from all jurisdictions.

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that on 6th day of May, 2009, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

Respectfully submitted,

Law Offices of
**SANTUCCI, PRIORE & LONG, LLP**
*Attorneys for Plaintiffs*
200 South Andrews Avenue
Suite 100
Fort Lauderdale, Florida 33301
Telephone: (954) 351-7474
Facsimile:  (954) 351-7475

By:  s/S. Tracy Long
  S. Tracy Long, Esquire
  Florida Bar Number: 0843008
  stl@500law.com

**SERVICE LIST**
**FLEXITEEK AMERICAS, INC.** *et al. v.* **PLASTEAK, INC.** *et al.*
**Case No.: 08-CV-60996 Cohn-Seltzer**
**United States District Court, Southern District of Florida**

Douglas de Almeida
douglas_dealmeida@fl-attys.com
CAMILLO, SNOWDEN & DE ALMEDIA, P.A.
221 West Oakland Park Boulevard
Fort Lauderdale, Florida 33311
Phone: 305.565.3398
Fax: 305.565.3556
Attorney for Defendants
PlasTEAK, PlasDECK, and Andre Batista
Service via ECF


Bruce H. Wilson
BruceWilsonEsq@aol.com
789 West Market Street
Akron, Ohio 44303
Phone: 330.253.8300
Attorney for Defendants
PlasTEAK, PlasDECK, and Andre Batista
Service via ECF