UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60996-CIV-COHN/SELTZER

FLEXITEEK AMERICAS, INC., et al.,

    Plaintiffs,

vs.

PLASTEAK, INC., et al.,

    Defendants.
_____/

## ORDER REQUIRING EXPEDITED RESPONSES AND REPLIES AND SETTING HEARING ON MOTIONS

THIS CAUSE is before the Court on Plaintiffs' Motion for Sanctions (DE 68) and Plaintiffs' Motion to Compel Responses to Plaintiffs' Second Request for Production of Documents and Things (DE 71).

The Court first notes that Plaintiffs' certificates of conferring with opposing counsel do not comply with Local Rule 7.1.A.3. Plaintiffs' certificates merely state: "The undersigned has attempted in good faith to confer with opposing counsel and opposing counsel has been non-responsive." If counsel means that he/she tried to contact opposing counsel but was unable to do so, then the Local Rule requires that counsel set forth the efforts he/she made to confer with opposing counsel "with specificity." However, if counsel means that he/she did confer with opposing counsel in a good faith effort to resolve the issues, but that they were unable to do so, then counsel should have clearly so stated. Accordingly, it is hereby ORDERED that on or before Friday, May 8, 2009, counsel shall confer either in person or by telephone (i.e., not by letter or e-mail) and make a good faith

effort to resolve the issues raised by Plaintiffs' motions. In conferring as to Plaintiffs' Motion for Sanctions, the parties should be mindful that this Court, in a previous Order, expressly declined to preclude Plaintiff from inquiring into Defendants' financial matters at deposition; the Court intended that Defendants provide such information, if so requested. If the parties are able to resolve the issues raised by Plaintiffs' motions, in full or in part, they shall immediately notify the Court.

This cause is set for trial during the two-week trial period commencing June 8, 2009. Given the imminent trial date, it is hereby ORDERED that if the parties are unable to resolve all issues raised by Plaintiffs' motions, then on or before 4:30 p.m. on (Tuesday) May 12, 2009, Defendants shall file an expedited response to Plaintiffs' motions; if Plaintiffs desire to reply, they shall do so on or before 4:30 p.m. on (Wednesday) May 13, 2009.

It is further ORDERED that a hearing on Plaintiffs' motions (DE 68 and 71) will be held on May 14, 2009, at 2:00 p.m. at the United States Courthouse, Courtroom 109, 299 East Broward Boulevard, Fort Lauderdale, Florida (if necessary).[1] It is further ORDERED that William Gribble shall attend the hearing.

DONE AND ORDERED in Fort Lauderdale, Florida, this 6th day of May 2009.

BARRY S. SELTZER
United States Magistrate Judge

---

[1] Local Rule 26.1.H.1 requires that all motions relating to discovery be filed "within thirty days of the occurrence of grounds for the motion." Under the Local Rule, "absent a showing of reasonable cause for a later filing," an untimely discovery motion "may constitute a waiver of the relief sought." The Court is unable to determine from Plaintiffs' motions whether they were timely filed. Accordingly, at the hearing, the parties should be prepared to discuss the timeliness of these motions.

Copies to:

All counsel of record