UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60996-CIV-COHN/SELTZER

FLEXITEEK AMERICAS, INC.,
et al.,

      Plaintiffs,

v.

PLASTEAK, INC., et al.,

      Defendants.
_____/

## ORDER DENYING MOTIONS TO STRIKE

**THIS CAUSE** is before the Court on Plaintiffs' Motion to Strike [DE 54], Defendants' Motion to Strike Multiple Filings by Allen Bennett, Esq. [DE 57] and Plaintiffs' Motion to Strike Memorandum in Violation of Rule 7.1(C)(2) S.D.L.R. [DE 70] (collectively, "Motions"). The Court has considered the Motions, the related Responses and Replies, the record in this case, and is otherwise advised in the premises.

Plaintiffs' Motion to Strike [DE 54] requests that the Court strike Defendants' Motions for Summary Judgment [DE's 48 & 49] because, *inter alia*, Defendants failed to obtain permission from this Court to file multiple motions for summary judgment in violation of Local Rule 7.1(C)(2). Defendants' Motion to Strike Multiple Filings by Allen Bennett, Esq. [DE 57] seeks to have multiple docket entries stricken because they were signed and filed by an attorney who was not authorized to file documents via CM/ECF. Plaintiffs' Motion to Strike Memorandum in Violation of Rule 7.1(C)(2) S.D.L.R. [DE 70] seeks a similar fate for Defendants' Reply in Support of Defendants' Renewed Motion to Dismiss [DE 67] because it exceeds the page limitation set forth in Local Rule

7.1(C)(2).

It is clear from the Motions that rules have been violated, however, in no instance does the Court find that the prejudice flowing from the violations warrants the draconian relief sought in the Motions, i.e., striking the pleadings.  This is particularly true as responses and replies have been filed in connection with the pleadings the parties are seeking to strike.

The parties should consider themselves warned.  The Court will expect strict compliance with the Local Rules and the Rules of Federal Procedure going forward.  In addition, the Court will consider Defendants' violations when ruling on two of Plaintiffs' pending motions.[1]  Finally, the Court stresses that the parties should take very seriously their obligations under Local Rule 7.1(A)(3) to confer in "good faith" in an attempt to resolve issues prior to seeking judicial intervention.  The Court notes that in addition to the Motions addressed herein, the parties have filed a number of discovery motions.  (See, e.g., DE's 31, 39 & 68.)  Of course the Court has not been privy to the negotiations of the parties, however, the Court suspects that some of the motion practice which has taken place could have been avoided.  Given the complexity of this action, it is in the interest of the parties, their attorneys and the Court to focus, to the fullest extent possible, on the fundamental issues.

In light of the foregoing, it is hereby

**ORDERED AND ADJUDGED** that Plaintiffs' Motion to Strike [DE 54], Defendants' Motion to Strike Multiple Filings by Allen Bennett, Esq. [DE 57] and

---

[1] Plaintiffs have filed a Motion for Leave to File Reply in Excess of Page Limitation [DE 75], which Defendants do not oppose, and a Motion for Leave to File Sur-Reply [DE 69].

2

Plaintiffs' Motion to Strike Memorandum in Violation of Rule 7.1(C)(2) S.D.L.R. [DE 70] are **DENIED**.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this ___8th___ day of May, 2009.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF