IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-cv-60996 Cohn/Seltzer

FLEXITEEK AMERICAS, INC., a Florida
Corporation, FLEXITEEK INTERNATIONAL
AS, a Foreign Corporation,

                Plaintiffs,

vs.

PLASTEAK, INC., an Ohio Corporation,
PLASDECK, INC., an Ohio Corporation,
and ANDRE BATISTA, an individual,

                Defendants.

_____/

## VERDICT FORM

### SPECIAL INTERROGATORIES TO THE JURY

Do you find from a preponderance of the evidence:

1. That the Defendant PlasTEAK, Inc.'s products literally infringe the claim contained in the patent?

        Answer: Yes __X__ or No _____

[If you answered "Yes" to Question 1, please go to Question 2. If you answered "No" to Question 1, please go to Question 3.]

2. The Plaintiffs should be awarded $ ___0___ in damages from Defendant PlasTEAK, Inc. as a result of infringement by PlasTEAK, Inc.

3. That the Defendant PlasDECK, Inc.'s products literally infringe the claim contained in the patent?

        Answer: Yes __X__ or No _____

[If you answered "Yes" to Question 3, please go to Question 4. If you answered "No" to Question 3, please do not answer question 4.]

4. The Plaintiffs should be awarded $ _79,632.00_ in damages from Defendant PlasDECK, Inc. as a result of infringement by PlasDECK, Inc.

[If you answered "Yes" to Question 1 or Question 3, please answer the remaining questions. If you answered "No" to both Question 1 and Question 3, please do not answer the remaining questions.]

5. That the Defendant Andre Batista installed Defendants PlasTEAK, Inc. and/or PlasDECK, Inc.'s products which literally infringed the claim contained in the patent?

    Answer: Yes _____ or No __X__

6. The Plaintiffs should be awarded $ __0__ in damages from Defendant Andre Batista as a result Mr. Batista's installation of PlasTEAK, Inc.'s and/or PlasDECK, Inc.'s products which literally infringed the claim contained in the patent.

SO SAY WE ALL.

DATED: _6-19-09_