UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60996-CIV-COHN/SELTZER

FLEXITEEK AMERICAS, INC.,
et al.,

      Plaintiffs,

v.

PLASTEAK, INC., et al.,

      Defendants.
_____/

## FINAL JUDGMENT

**THIS CAUSE** is before the Court upon receipt of the jury's verdict in the above-referenced case on June 19, 2009 and the Court's Findings of Fact and Conclusions of Law Re: Defendants' Affirmative Defense of Inequitable Conduct [DE 155]. It is thereupon

**ORDERED AND ADJUDGED** as follows:

1. Judgment is hereby entered in favor of Plaintiffs Flexiteek Americas, Inc. and Flexiteek International AS and against Defendants PlasTEAK, Inc. and PlasDECK, Inc. with respect to Plaintiffs' infringement claim. Plaintiffs Flexiteek Americas, Inc. and Flexiteek International AS shall recover the sum of $79,632.00 in damages from Defendant PlasDECK, Inc., plus interest thereon at the rate of 0.48% per annum from June 19, 2009, for which let execution issue.

2. Judgement is hereby entered in favor of Defendant Andre Batista and against Plaintiffs Flexiteek Americas, Inc. and Flexiteek International AS with respect to Plaintiffs' claim that Mr. Batista installed Defendants PlasTEAK, Inc. and/or

PlasDECK, Inc.'s products which infringed the claim contained in the patent.

3. All pending motions are **DENIED as moot**.

4. The Clerk of Court is directed to **CLOSE** this case.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 3rd day of July, 2009.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF

2