UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 08-60996-CIV-COHN/SELTZER

FLEXITEEK AMERICAS, INC.,
et al.,

      Plaintiffs,

v.

PLASTEAK, INC., et al.,

      Defendants.
_____/

## **PERMANENT INJUNCTION**

The Court, having considered the record in this case, and in accordance with the Court's Omnibus Order on Post-Trial Motions [DE 174], which found that Plaintiffs faced irreparable harm and there is a threat of future infringement if an injunction did not issue, PlasTEAK, Inc. ("PlasTEAK"), an Ohio corporation, and PlasDECK, Inc. ("PlasDECK"), an Ohio corporation, are hereby permanently enjoined from performing the following actions during the term of U.S. Patent No. 6,895,881 (the "'881 Patent"):

1. Making, using, offering to sell, or selling, within the United States, or importing into the United States, any synthetic teak decking product, that embodies or uses, longitudinal slots, without limitation of the size and shape of the slots, on the underside of the sheet or plank, for facilitating curving and providing a base for an adhesive, which infringes on the '881 Patent.

2. Actively inducing infringement of the '881 Patent, which shall include, without limitation, assisting a third party in the making, using, offering to sell, or selling, within the United States, or importing into the United States, any synthetic teak

decking product, that embodies or uses, longitudinal slots, without limitation of the size and shape of the slots, on the underside of the sheet or plank, for facilitating curving and providing a base for an adhesive, which infringes on the '881 Patent.

3. This Court shall have jurisdiction to interpret and enforce the terms of this Permanent Injunction and to determine any issues which may arise concerning this Permanent Injunction.

4. Any violation of this Permanent Injunction may subject either PlasTEAK or PlasDECK to sanctions including treble damages and reimbursement of the reasonable attorneys' fees and costs incurred in the enforcement of this Permanent Injunction.

5. Upon any decision by a court or the United States Patent and Trademark Office that renders the '881 Patent invalid or unenforceable, PlasTEAK or PlasDECK may petition this Court to terminate this Permanent Injunction.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, on this 5th day of February, 2010.

JAMES I. COHN
United States District Judge

Copies provided to:

Counsel of record via CM/ECF