UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60996-CIV-COHN/SELTZER

FLEXITEEK AMERICAS, INC., *et al.*

    Plaintiffs,

vs.

PLASTEAK, INC., *et al.*

    Defendants.

_____/

ORDER REQUIRING MEDIATION

The parties having agreed to mediate this matter, the Court appoints as mediator George F. Pappas, Esq., of the law firm Covington & Burling LLP, located at 1201 Pennsylvania Avenue, NW, Washington, DC 20004-2401, telephone number (202) 662-5594. Within ten days from the date of this Order, counsel for Plaintiffs shall initiate a telephone conference with counsel for all parties and with attorney Pappas to arrange a date and location for the mediation, such date and location to be selected by attorney Pappas.

**The appearance of counsel and each party or a representative of each party with full authority to enter into a full and complete compromise and settlement is mandatory.** All costs of mediation, including fees and expenses, shall be shared equally by the parties unless otherwise ordered by the Court; all payments shall be remitted to the mediator within thirty days of the date of the bill. If a full or partial settlement is reached

in this case, counsel shall promptly notify the Court.

DONE AND ORDERED in Fort Lauderdale, Florida, this 7th day of July 2011.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All counsel of record

George F. Pappas, Esq.
Covington & Burling LLP
1201 Pennsylvania Avenue, NW
Washington, DC 20004-2401