UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 08-60996-CIV-COHN/SELTZER

FLEXITEEK AMERICAS, INC., *et al.*

    Plaintiffs,

vs.

PLASTEAK, INC., *et al.*

    Defendants.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiffs' Motion to Lift Stay (DE 244) and Plaintiffs' Renewed Verified Motion for Attorneys' Fees and Cost Pursuant to Patent Act 35 U.S.C. § 285 and 28 U.S.C. § 1927 (DE 245) and the parties having agreed to mediate this matter, it is hereby ORDERED that Plaintiffs' Motions are DENIED for administrative purposes, with leave to renew, if necessary, after mediation is completed.

DONE AND ORDERED in Fort Lauderdale, Florida, this 12th day of July 2011.

BARRY S. SELTZER
United States Magistrate Judge

Copies to:

Honorable James I. Cohn
United States District Judge

All counsel of record