UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA

Case No.: 08-60996-CIV-COHN SELTZER

FLEXITEEK AMERICAS, INC., a Florida corporation, FLEXITEEK INTERNATIONAL AS, a Foreign corporation,

                Plaintiffs,

vs.

PLASTEAK, INC., an Ohio corporation, PLASDECK, INC., an Ohio corporation, and ANDRE BATISTA, an individual,

                Defendants.
_____/

## JOINT STATUS REPORT

Plaintiff, FLEXITEEK AMERICAS, INC. and FLEXITEEK INTERNATIONAL AS through the undersigned, hereby provides a Joint Status Report to the Court in compliance with this Court's Order dated October 21, 2011 [DE-276] and further states:

1. Counsel for Plaintiff, Michael I. Santucci, Counsel for Defendant, Bruce H. Wilson and Court-Appointed Mediator George F. Pappas conferred via telephone conference today, October 28, 2011.

2. The parties and mediator agreed to schedule the court-ordered mediation to take place on February 7, 2012 in Washington D.C.

3. Plaintiff files this Joint Status Report on behalf of all parties.

                Respectfully submitted,

                Law Offices of
                **SANTUCCI PRIORE, P.L.**
                *Attorneys for Plaintiffs*
                200 South Andrews Avenue, Suite 100
                Fort Lauderdale, Florida 33301

           Telephone: (954) 351-7474
           Facsimile:  (954) 351-7475

    By: s/Michael I. Santucci
      Michael I. Santucci, Esquire
      Florida Bar Number: 0105260
      mis@spl-law.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 28th day of October, 2011, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

    By: s/Michael I. Santucci
      Michael I. Santucci, Esquire
      Florida Bar Number: 0105260
      mis@spl-law.com

## SERVICE LIST
**FLEXITEEK AMERICAS, INC.** *et al.* **v. PLASTEAK, INC.** *et al.*
**Case No.: 08-CV-60996 Cohn-Seltzer**
**United States District Court, Southern District of Florida**

John M. Camillo, Esq.
Fla. Bar No.: 356263
John_Camillo@fl-attys.com
CAMILLO & SNOWDEN
221 West Oakland Park Boulevard
Fort Lauderdale, Florida 33311
Phone: 305.565.3398
Fax: 305.565.3556
Attorney for Defendants
PlasTEAK, PlasDECK, and Andre Batista
Service via ECF

Bruce H. Wilson
BruceWilsonEsq@aol.com
789 West Market Street
Akron, Ohio 44303
Phone: 330.253.8300
Attorney for Defendants
PlasTEAK, PlasDECK, and Andre Batista
Service via ECF